**People of the State of Illinois, Plaintiff-Appellee, v. William Harry Dee, Defendant-Appellant.**

**Gen. No. 11,256.**

Second District, First Division.

August 28, 1959.

Rehearing denied October 7, 1959.

Released for publication October 7, 1959.

Harold A. Rissman and Theodore L. Anderson for defendant-appellant; Carl A. Swanson, Jr., State's Attorney, DeKalb county (James E. Boyle, Assistant State's Attorney, of counsel) for plaintiff-appellee. Opinion by JUSTICE McNEAL. Not to be published in full.